UNITED STATES DISTRICT COURT
  SOUTHERN DISTRICT OF NEW YORK
_____

Seacastle Container Leasing, LLC
  Successor-in-interest to Interpool Limited
  and its subsidiary and affiliated companies,      09-CV-9083
                                                    ECF Case
          Plaintiff,

     v.                                             **NOTICE**
                                                    **OF BANKRUPTCY STAY**
Global Container Lines Limited,

          Defendant.
_____/

To the Clerk:

    Defendant Global Container Lines Limited November 10, 2009 filed for Chapter 11

protection in the United States Bankruptcy Court for the Eastern District of New York, Case No.

8-09-78585-ast.  This case accordingly is stayed pursuant to 11 U.S.C. § 362.

Dated: January 19, 2010.

| LAW OFFICES OF | /s/ J Stephen Simms |
|---|---|
| GEORGE N. PROIOS, PLLC | J. Stephen Simms |
| George N. Proios | Simms Showers LLP |
| 65 West 36th Street | 20 S. Charles Street - Suite 702 |
| New York, NY 10018-7702 | Baltimore, Maryland 21201 |
| Phone: 212-279-8880 | Telephone 410-783-5795 |
| | Facsimile  410-510-1789 |

                    Seacastle Counsel